**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-1708**

ROGER C. GLIDDEN,

Plaintiff - Appellant,

versus

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Lacy H. Thornburg, District Judge.  (CA-98-131-2)

Submitted:  September 9, 1999        Decided:  September 14, 1999

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger C. Glidden, Appellant Pro Se.  Joseph L. Brinkley, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger Glidden appeals the district court's order affirming the decision of the Commisioner of the Social Security Administration that Glidden is receiving proper social security retirement benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Glidden v. Commissioner of the Social Security Administration</u>, No. CA-98-131-2 (W.D.N.C. Apr. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>